



## MEMORANDUM OPINION

No. 04-10-00757-CR

**IN RE** Ricardo **LOPEZ, Relator**

Original Mandamus Proceedings[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  November 17, 2010

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR LEAVE TO FILE PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On October 20, 2010, relator Ricardo Lopez filed a petition for writ of mandamus and motion for leave to file his mandamus petition.  Based on the record before us, we conclude relator has not shown he is entitled to the relief requested.  *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992).  Accordingly, relator's petition for writ of mandamus is denied.  Relator's motion for leave to file the petition for writ of mandamus is denied as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2008-CR-7574, styled *The State of Texas v. Ricardo Lopez*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Catherine Torres-Stahl presiding.